# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

IN RE:                                            )
**Anthony Britt,**                                )        **CHAPTER  13**
      **Debtor.**                               )        **CASE NO.: 18-10177 SDB**
                                           )

**Anthony Britt,**                                )
      **Movant,**                               )
**Vs.**                                           )
                                                  )
**Bank of America, NA,**                          )
      **Respondent.**                           )
                                                  )

## NOTICE OF OBJECTION TO CLAIM

Movant has objected to your claim filed in this bankruptcy case.

<u>Your claim may be reduced, modified, or eliminated.</u>  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the objection, or if you wish the court to consider your views on the objection, you must file a written request for a hearing with the Clerk of Bankruptcy Court before the expiration of thirty (30) days from the date stated in the certificate of service.

If you mail your request for hearing to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for hearing must also be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request for hearing is filed, you will receive notice of the date, time, and place of hearing.

If you or your attorney does not take these steps, the court will decide that you do not oppose the objection to your claim.

Claimant has been served with a copy of the objection and a copy of this notice, and if claimant is a U.S. government agency, the U.S. Attorney, PO Box 8970, Savannah, Georgia 31412 )or PO Box 2017, Augusta, Georgia 30903), and the Attorney General in Washington, DC 20530 have also been served.

**Dated:** _4-26-19_

                                  **/s/ Joseph E. Spires**
                                  **Joseph E. Spires**
                                  **PO Box 1493, Augusta, GA 30901**
                                  **GA Bar No. 672271**
                                  **(phone 706-724-2640)**

**Lucinda Rauback, Clerk**
**United States Bankruptcy Court**
**Southern District of Georgia**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

IN RE:                          )
Anthony Britt,             )           **CHAPTER  13**
       Debtor.         )           **CASE NO.: 18-10177 SDB**
                          )
Anthony Britt,             )
       Movant,        )
Vs.                     )
                          )
Bank of America, NA,    )
       Respondent.     )
                          )

### OBJECTION TO PROOF OF CLAIM

COMES NOW, **Anthony Britt**, Debtor in the above-styled Chapter 13 case, and objects to the Proof of Claim of **Bank of America, NA**. In support of this objection, debtor avers the following:

1. Debtor filed a Chapter 13 bankruptcy which is currently pending before this Court.

2. Respondent filed a proof of claim alleging an improper arrearage claim in the amount of $1,276.55 (Claim 26).

3. Debtor contends that he is not on the mortgage loan, and as such, any arrearage should not be filed and paid within his case.

4. Debtor contends that the mortgage was not in arrears at the time his case was filed. The proof of claim indicates the amount was a projection which was inaccurate.

Wherefore, Debtor respectfully requests this Court to disallow the proof of claim of Bank of America, NA (claim no. 26) and reduce to the amount paid, if any.

Respectfully submitted this ___26th___ day of ___April___, 2019.

/s/ Joseph E. Spires
Joseph E. Spires
Attorney for Debtor
Ga. Bar No. 672271

WARD and SPIRES LLC
PO Box 1493
Augusta, GA 30903
(706) 724-2640
wardspires@aol.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **Anthony Britt,** | ) | **CHAPTER  13** |
| Debtor. | ) | **CASE NO.: 18-10177 SDB** |
| | ) | |
| **Anthony Britt,** | ) | |
| Movant, | ) | |
| Vs. | ) | |
| | ) | |
| **Bank of America, NA,** | ) | |
| Respondent. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing <u>Debtor's Notice and</u>

<u>Objection to Proof of Claim</u> upon the following by depositing same in the United States Mail, addressed

as follows, with sufficient postage attached.

**Chapter 13 Trustee**    **(via Electronic Service)**
**PO Box 2127**
**Augusta, Georgia 30903**

Bank of America, NA
**c/o Officer or Agent for Service of Bank (via certified mail)**
**PO Box 31785**
**Tampa, FL 33631-3785**

**Albertelli Law**
**c/o Officer or Agent for Service of Company**
**100 Galleria Parkway, Ste 960**
**Atlanta, GA 30339**

DATED this _26_ day of _April_ , 2019.

**Ward & Spires, LLC**                    <u>**/s/ Joseph E. Spires**</u>
**PO Box 1493**                              **Joseph E. Spires**
**Augusta, Georgia 30903**            **Attorney for Debtor**
**(706) 724-2640**