# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia
### OFFICE OF THE CLERK

Lucinda Rauback
Clerk of Court

125 Bull Street, Second Floor
P. O. Box 8347
Savannah, GA 31412
(912) 650–4100

Lainie Saul
Chief Deputy Clerk

Federal Justice Center
600 James Brown Blvd.
P.O. Box 1487
Augusta, GA 30903
(706) 823–6000

801 Gloucester Street, Third Floor
Brunswick, GA 31520
(912) 280–1376

July 31, 2019

Joseph E. Spires
Attorney at Law
P.O. Box 1493
Augusta, GA 30903

Re: Anthony Britt
Case #18–10177–SDB
Objection to Claim 26 of Bank of America, NA and
Response by Bank of America

Dear Attorney Spires:

On July 1, 2019, a hearing was held on the matter(s) referenced above. At that hearing, an announcement was made that an order was forthcoming. As of today, no order has been received by the Clerk's office.

Please submit the same by August 7, 2019 or the matter(s) will be forwarded to the Judge for further action.

If you have any questions or concerns, please contact me.

Sincerely,

Jacqueline W. Bauknight
Courtroom Deputy
706–823–6021

*GASB–82 (rev 04/18)* **JWB**