## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

**IN RE:**                                          **)**

**Anthony Britt,**                          **)**          **CASE NO: 18-10177-SDB**

     **DEBTOR**                      **)**          **CHAPTER 13**

                             **)**

### WITHDRAWAL OF OBJECTION TO THE PROOF OF CLAIM

NOW COMES the debtor, Anthony Britt, and withdraws his Objection to the

Proof of Claim (Claim 26) of Bank of America, N.A..

Dated this 12th day of September, 2019.

/s/ Joseph E.Spires
Joseph E. Spires
Attorney for Debtor(s)
Georgia Bar No. 672271

Prepared by:

WARD and SPIRES L.L.C.
Post Office Box 1493
Augusta, Georgia 30903
(706) 724-2640

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing <u>Debtors'</u>

<u>Withdrawal of Objection to Proof of Claim</u> upon the following by depositing same in the United

States Mail, addressed as follows, with sufficient postage attached.

Chapter 13 Trustee    (Via electronic notice)
PO Box 2127
Augusta, GA 30903

U.S. Attorney General
Washington, DC 20530

U.S. Attorney
PO Box 2017
Augusta, GA 30903

Bank of America, NA
c/o Officer or Agent for Service of Bank (via certified mail)
PO Box 31785
Tampa, FL 33631-3785

Albertelli Law
c/o Officer or Agent for Service of Company
100 Galleria Pkwy, Ste 960
Atlanta, GA 30339


DATED this 12th day of September, 2019.

                                          /s/ Joseph E. Spires
Ward & Spires, LLC                        Joseph E. Spires
PO Box 1493                               Attorney for Debtor
Augusta, Georgia 30903
(706) 724-2640